IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| SHYLA WOLF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KYLE HOWE, *individually and in his capacity as a law enforcement officer for the Toledo Police Department*, and CITY OF TOLEDO,<br><br>　　　　Defendants. | No. 23-CV-85-CJW-MAR<br><br>**VERDICT FORM** |

**Question No. 1.** On Plaintiff Shyla Wolf's claim of excessive force against defendant Kyle Howe, as submitted in Instruction No. 2, we find:

plaintiff ___has not___ (has/has not) proven the elements of this claim by a preponderance of the evidence.

**Question No. 2.** On Plaintiff Shyla Wolf's claim of assault against defendant Kyle Howe, as submitted in Instruction No. 3, we find:

plaintiff ___has not___ (has/has not) proven the elements of this claim by a preponderance of the evidence.

**Question No. 3.** On plaintiff Shyla Wolf's claim of battery against defendant Kyle Howe, as submitted in Instruction No. 4, we find:

plaintiff ___has not___ (has/has not) proven the elements of this claim by a preponderance of the evidence.

**NOTE:** If you found in favor of Defendant Kyle Howe for **all** of Question Nos. 1, 2, and 3, do not answer Question Nos. 4 or 5, do not answer Special Interrogatory Nos. 1 or 2, and proceed to sign and date this Verdict Form.

If you found in favor of plaintiff Shyla Wolf on **at least one** of Question Nos. 1, 2, or 3, proceed to answer Question Nos. 4 and 5.

**Question No. 4.** We find plaintiff Shyla Wolf's damages, as submitted in Instruction No. 16, to be:

$ _____ (state the amount of damages, or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00).

**Question No. 5.** We assess punitive damages against defendant Kyle Howe, as submitted in Instruction No. 17, as follows:

$ _____ (state the amount of punitive damages or, if none, write the word "none").

26

**NOTE:** If you found in favor of defendant Kyle Howe under Question No. 2, do not answer Special Interrogatory No. 1.

If you found in favor of plaintiff Shyla Wolf on her claim of assault under Question No. 2, proceed to answer Special Interrogatory No. 1.

**Special Interrogatory No. 1.** Was defendant Kyle Howe acting in the scope of his employment as defined in Instruction No. 7 at the time of the assault? (*Answer this question only if you found for plaintiff on her claim of assault under Question No. 2 above*).

_____ Yes          _____ No

**NOTE:** If you found in favor of defendant Kyle Howe under Question No. 3, do not answer Special Interrogatory No. 2.

If you found in favor of plaintiff Shyla Wolf on her claim of battery under Question No. 3, proceed to answer Special Interrogatory No. 2.

**Special Interrogatory No. 2.** Was defendant Kyle Howe acting in the scope of his employment as defined in Instruction No. 7 at the time of the battery? (*Answer this question only if you found for plaintiff on her claim of battery under Question No. 3 above*).

_____ Yes          _____ No

_____          4/22/25
FOREPERSON                              DATE